IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN MACAULEY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| ESTATE OF FRANK C. NICHOLAS et al, | : NO. 10-7057 |
| Defendants. | : |

### ORDER

**AND NOW**, this ___ day of March, 2014, upon consideration of Defendant Gateway Funding Diversified Mortgage Services, LP's Motion for Judgment on the Pleadings (Doc. 114), Plaintiff's Response in Opposition thereto (Doc. 116), Defendant Prudential Reddington Realtors' Motion for Judgment on the Pleadings (Doc. 115), Plaintiff's Response in Opposition thereto (Doc. 117), Defendant First American Title Insurance Co.'s Motion for Judgment on the Pleadings (Doc. 118), Plaintiff's Response in Opposition thereto (Doc. 122), Defendants Chase Abstract Co. and Steve P. Stampone's Motion for Judgment on the Pleadings (Doc. 120), Plaintiff's Response in Opposition thereto (Doc. 123), Defendants Estate of Frank C. Nicholas, Casey Nicholas, and Elizabeth Nicholas' Motion for Judgment on the Pleadings (Doc. 124), Plaintiff's Response in Opposition thereto (Doc. 125),Defendant Aurora Commercial Corp.'s Motion for Judgment on the Pleadings (Doc. 137), and Plaintiff's Response in Opposition thereto (Doc. 138), **IT IS HEREBY ORDERED AND DECREED**:[1]

- Defendant Gateway Funding Diversified Mortgage Services, LP's Motion for Judgment on the Pleadings (Doc. 114) is **GRANTED**;

---

[1] This Order accompanies a Memorandum Opinion issued by the Court on March 25, 2014.

- Defendant Prudential Reddington Realtors' Motion for Judgment on the Pleadings (Doc. 115) is **GRANTED**;

- Defendant First American Title Insurance Co.'s Motion for Judgment on the Pleadings (Doc. 118) is **GRANTED**;

- Defendants Chase Abstract Co. and Steve P. Stampone's Motion for Judgment on the Pleadings (Doc. 120) is **GRANTED**;

- Defendants Estate of Frank C. Nicholas, Casey Nicholas, and Elizabeth Nicholas' Motion for Judgment on the Pleadings (Doc. 124) is **GRANTED**; and

- Defendant Aurora Commercial Corp.'s Motion for Judgment on the Pleadings (Doc. 137) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C. J.**